UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TERI DUFF,**

    **Plaintiff,**

v.                                                         **Case No: 8:16-cv-532-T-30JSS**

**HOME DEPOT U.S.A., INC., a foreign corporation,**

    **Defendant.**

_____/

## NOTICE OF SETTLEMENT OF CLAIMS

COMES NOW the Plaintiff, TERI DUFF, by and through the undersigned attorney, in accordance with Local Rule 3.08(a), respectfully submits this Notice of Settlement of Claims and informs the Court as follows:

1. Plaintiff, TERI DUFF, has reached a settlement agreement to resolve the claims against Defendant, HOME DEPOT U.S.A., INC., a foreign corporation.

2. The parties are in the process of finalizing a confidential settlement agreement and will file a Stipulation of Dismissal with the Court upon execution of the formal settlement documents.

3. Accordingly, there is no need for the Court to further consider or rule on the Defendant's Motion to Strike Plaintiff's Untimely and Improperly Submitted Deposition Errata Sheet (Dkt. 33) filed on May 19, 2017, or Plaintiff's Response in Opposition to Defendant's Motion (Dkt. 36) filed on June 2, 2017.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __8th__ day of June, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to: Michael H. Kestenbaum, Esq., LUKS, SANTANIELLO, PETRILLO &

JONES, 100 N. Tampa Street, Suite 2120, Tampa, FL 33602, Email: LUKSTPA-Pleadings@ls-law.com and mkestenbaum@ls-law.com, *Counsel for Defendant.*

>                                           */s/ Terence A. Perenich*
>                                           Terence A. Perenich, Esquire
>                                           Florida Bar Number: 0966274
>                                           Stephen G. Mortimer, Esquire
>                                           Florida Bar Number: 0138606
>                                           PERENICH LAW, PL
>                                           25749 U.S. Highway 19 North, Suite 200
>                                           Clearwater, Florida 33763
>                                           Telephone: (727) 669-2828
>                                           Facsimile: (727) 669-2220
>                                           E-Mail: Service@PerenichLaw.com
>                                           *Counsel for Plaintiff*